NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BLACK POINT ASSETS, LLC, as trustee )
under the 1124 Rushmore Avenue South )
Land Trust dated March 1, 2015, )
)
     Appellant, )
)
v. )     Case No.  2D17-4493
)
WELLS FARGO BANK, N.A., as trustee )
for WaMu Mortgage Pass-Through )
Certificates, Series 2005-PR4 Trust; B&B )
B&B FUNDING, LLC; KIM MITCHELL a/k/a )
KIM M. DELPINO a/k/a KIM D. MITCHELL; )
UNKNOWN TENANT(S) n/k/a BRIAN )
WILSON; )
)
     Appellees. )
_____ )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Lee
County; John Duryea, Judge.

Mark P. Stopa of the Stopa Law Firm,
Tampa (withdrew after briefing); Richard J.
Mockler of Stay In My Home, P.A., Saint
Petersburg (withdrew after briefing);
Latasha Scott of Lord Scott PLLC, Tampa
(withdrew after briefing); and Ian P. Hudson
of King Hudson│ PLLC, Saint Petersburg,
for Appellant.

W. Aaron Daniel, Elliot B. Kula, and William
D. Mueller of Kula & Associates, P.A.,
Miami, for Appellee Wells Fargo Bank, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.